158 A.3d 73

COMMONWEALTH of Pennsylvania, Respondent

v.

Nathan Robert PARKER, Petitioner

No. 182 MAL 2016

Supreme Court of Pennsylvania.

September 23, 2016

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.